# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| JAMES BAILEY, Plaintiff, vs. MIKE LAMON and LEE RISDON, Defendants. | **Case No.** CV-11-0461-RHW<br><br>**CIVIL MINUTES**<br>**JURY TRIAL – DAY ONE**<br><br>**DATE:** November 5, 2012<br><br>**LOCATION:** SPOKANE |
|---|---|

| | **JUDGE ROBERT H. WHALEY** | |
|---|---|---|
| Michelle Fox<br>**Courtroom Deputy** | Lynn Robinson<br>**Law Clerk**           **Interpreter** | Ronelle Corbey<br>**Court Reporter** |
| Julie Anderson<br>**Plaintiff's Counsel** | Daniel Bugbee<br>Mark Johnsen<br>**Defendants' Counsel** | |

**[x] Open Court**          **[ ] Chambers**          **[ ] Telephonic**

8:30 am - COURT addresses jury instructions with counsel.

J. Anderson outlines several objections to instructions. Argues adding plaintiff's proposed instructions.

D. Bugbee outlines objections and responds.   Verdict form addressed.
**COURT addresses counsel**.

D. Bugbee asks to use a Power Point for opening.   J. Anderson objects to several items on the power point.
**COURT addresses counsel**.

COURT will select 7 jurors.   Jury selection discussed.

9:00 am - Jury selection begins.   Qualification Oath given to jury.   Voir dire begins.   Challenges for cause argued.

10:40 am - Jury selection completed.   10:45 am – Recess.

10:55 am – Jury reconvenes.   **COURT gives jury oath**.   Preliminary instructions given to the jury.

11:10 am - Opening statement by J. Anderson.   11:30 am – Opening statement by D. Bugbee.

**James Bailey** is sworn in and questioned by J. Anderson.   D. Bugbee several objections.   **COURT rules on objections.**

Side bar conducted.

Direct continues of **James Bailey**. D. Bugbee several objections. **COURT rules on objections**.

Side bar conducted.

Direct continues of **James Bailey.  COURT marks photographs as Exh. 29-1 to Exh. 29-8**.  Defendant does not object.  Exh. 29-4, 29-5 shown to jury.  **COURT admits Exh. P 29-1 to P29-8 without objection**.  Exh. 29-6, 29-7, 29-8, 29-2, 29-3, 29-1 shown.

Recess 1:00 pm – 2:00 pm

Jury reconvenes.

Side bar conducted.

2:15 pm - D. Bugbee cross examines **James Bailey**.  D. Bugbee moves to publish deposition.  **COURT marks deposition as Exh. 30 and publishes deposition**.  J. Anderson several objections.  **COURT rules on objections**.  **COURT instructs jury**. Exh. 29-8 shown.  Exh. 31 marked and used as impeachment.  J. Anderson objects.  D. Bugbee moves to admit Exh. 31.  **COURT takes under advisement**.
    2:30 pm – Redirect.  Exh. 60 marked and shown.  Offer Exh. 60.  **COURT admits Exh. 60 and Exh. 31 without objection**.  D. Bugbee several objections.  **COURT rules**. Witness excused at 2:55 pm.

Side bar conducted.

**Laura Deskin** is sworn in and questioned by J. Anderson.  M. Johnsen several objections.  **COURT rules**.  Exh. 29-1 shown.  M. Johnsen objects. **COURT instructs witness**. M. Johnsen objects. **COURT instructs jury on testimony**. M. Johnsen objects. **COURT instructs counsel**.  M. Johnsen several objections. **COURT rules**.
    3:25 pm – M. Johnsen cross examines witness. M. Johnsen moves to publish deposition.  **COURT publishes deposition and marks as Exh. 32**.  J. Anderson several objections.  **COURT rules**.
    3:52 pm – Redirect. M. Johnsen several objections.  **COURT rules**. Witness excused at 3:58 pm.

Recess 3:58 pm – 4:08 pm

J. Anderson addresses the Court regarding tasers.  D. Bugbee responds.  **COURT questions counsel**.  D. Bugbee responds.  J. Anderson responds.  **COURT questions counsel**.  J. Anderson responds.  D. Bugbee responds. J. Anderson responds.  **COURT rules**.

4:28 pm – Jury reconvenes.

**Michael Lamon** is sworn in and questioned by J. Anderson.  Exh. D24 shown.  D. Bugbee several objections. **COURT rules**.  Witness excused at 4:50 pm.

**Lee Risdon** is sworn in and questioned by J. Anderson.  J. Anderson moves to publish deposition.  **COURT publishes deposition and marks as Exh. 61.**  Witness excused at 5:10 pm.

Jury Recess 5:10 pm.  Reconvene tomorrow at 8:00 am.

Witnesses discussed.  J. Anderson presents argument.  D. Bugbee responds.  **COURT rules**.

Recess 5:22 pm.   Reconvene tomorrow at 8:00 am.

| | | | |
|---|---|---|---|
| CONVENED: 8:30 AM | ADJOURNED:  10:45 AM | TIME:  2 HRS. 15 MIN. | |
| 10:55 AM | 1:00 PM | 2 HRS. 5 MIN. | |
| 2:00 PM | 3:58 PM | 1 HR. 58 MIN. | |
| 4:08 PM | 5:22 PM | 1 HR. 14 MIN. | |
| | | =     7 HRS. 32 MIN. | |