FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 06 2012

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BAILEY, a single man, | |
| Plaintiff, | NO. CV-11-461-RHW |
| v. | VERDICT |
| MIKE LAMON, individually, and LEE RISDON, individually, | |
| Defendants. | |

**Defendant Mike Lamon**

1. Use of the Taser

    A. Do you find that the plaintiff has proven that Defendant Mike Lamon's use of the taser constituted excessive force in arresting the plaintiff?

       Yes _____    No __X__

    If you answered yes, answer Question B. If you answered no, proceed to Question 2.

    B. Do you find that Defendant Mike Lamon has proven that he is entitled to the defense of qualified immunity for his use of the taser?

       Yes _____    No _____

2. Other uses of force

    Do you find that the plaintiff has proven that Defendant Mike Lamon used excessive force (other than the use of the taser) in arresting the plaintiff?

    Yes _____    No __X__

**Defendant Lee Risdon**

3. Use of the Taser

   A. Do you find that the plaintiff has proven that Defendant Lee Risdon used a taser when arresting the plaintiff and this use constituted excessive force in arresting the plaintiff?

   Yes \_\_\_\_  No  X

   If you answered yes, answer Question B. If you answered no, proceed to Question 4.

   B. Do you find that Defendant Lee Risdon has proven that he is entitled to the defense of qualified immunity if he used the taser?

   Yes \_\_\_\_  No \_\_\_\_

4. Other uses of force

   Do you find that the plaintiff has proven that Defendant Lee Risdon used excessive force (other than the use of the taser) in arresting the plaintiff?

   Yes \_\_\_\_  No  X

**Damages**

If you found that either of the defendants used excessive force that is not immune because of qualified immunity, what is the amount of damages, if any, suffered by the plaintiff for the use of excessive force?

_____

**Punitive Damages**

If you found that either of the defendants used excessive force that is not immune because of qualified immunity, answer the following questions:

1. Is the plaintiff entitled to punitive damages?  \_\_\_ Yes \_\_\_ No

2. If yes, what is the amount of punitive damages? _____

3. If yes, mark the defendant against whom you are awarding punitive damages.

**Defendant**

☐    Mike Lamon

☐    Lee Risdon

DATED this 6th day of November, 2012.