UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JAMES BAILEY, a single man,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CHELAN COUNTY, Municipal Corporation, and MIKE LAMON, individually, and LEE RISDON, individually,<br><br>　　　　Defendants. | NO. CV-11-461-RHW<br><br>**ORDER STRIKING PLAINTIFF'S PRO SE MOTION FOR RECONSIDERATION** |

On November 28, 2012, Plaintiff filed a *pro se* Motion for Reconsideration, ECF No. 130. Plaintiff is currently represented by counsel. As such, the Court will not consider Plaintiff's *pro se* filing.

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiff's pro se Motion for Reconsideration, ECF No. 130, is **STRICKEN**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this 27th day of December, 2012

　　　　　　　　　　*s/Robert H. Whaley*
　　　　　　　　　ROBERT H. WHALEY
　　　　　　　　United States District Court

Q:\RHW\aCIVIL\2011\Bailey\strike

**ORDER STRIKING PLAINTIFF'S PRO SE MOTION FOR RECONSIDERATION** ~ 1